IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVID WILLIAM PEER,<br><br>        Defendants. | **8:13CR106**<br><br>**ORDER** |

This matter is before the Court on the request of the defendant seeking compassionate release. Filing No. 536. Thereafter, this Court entered a stay order, pending defendant's exhaustion of administrative remedies. Filing No. 538. Defendant has exhausted his administrative remedies. Filing No. 540.

**ACCORDINGLY, THE COURT HEREBY ORDERS THAT:**

1. The Public Defender's office, Dave Stickman, is appointed to represent the defendant. Dave Stickman is ordered to file any new motions and briefs within 10 days of the date of this Order.

2. The government is ordered to respond to this motion for release, Filing No. 536, within 10 days of the defendant's response as set forth in #1 above.

3. The United States Probation office in Omaha, Nebraska is ordered to do an investigative report and obtain the relevant medical records in this case within 10 days of the date of this Order.

Dated this 13th day of August, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge